IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

LERAY EUGENE RICHARDS, )
)
        Plaintiff, )
)
vs. ) NO. CIV-19-1184-HE
)
J. CORLEY, )
)
        Defendant. )

## ORDER

Plaintiff LeRay Eugene Richards, a federal inmate appearing *pro se*, is seeking mandamus relief. On February 4, 2020, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending the dismissal of this case without prejudice for failure to prosecute. Plaintiff was advised of his right to object to the Report and Recommendation by February 25, 2020.

Plaintiff did not object to the Report and Recommendation. Plaintiff therefore has waived his right to appellate review of the factual and legal issues it addressed. *See* Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #6] and **DISMISSES** this case without prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated this 3rd day of March, 2020.

                                                JOE HEATON
                                                UNITED STATES DISTRICT JUDGE